UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN ALBERTO and JEREMY GLENN,

      Plaintiffs,

v.                                                                           Case No. 8:16-cv-3136-T-24 AAS

DANYS HOME REMODELING, INC.
d/b/a Fabricating by Design,

      Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement Agreements. (Doc. No. 15). In this motion, the parties ask the Court to review their settlement of Plaintiffs' Fair Labor Standards Act claims. Having reviewed the settlement agreement and upon due consideration of the motion and the record in this case, the Court finds that the settlement agreement in this case is a fair and reasonable resolution of bona fide dispute over Fair Labor Standards Act provisions.

Accordingly, it is ORDERED AND ADJUDGED that

(1)    The parties' Joint Motion for Approval of Settlement Agreements (Doc. No. 15) is **GRANTED**.

(2)    The case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of February, 2017.

Copies to: Counsel of Record

SUSAN C. BUCKLEW
United States District Judge